IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRISCT OF OHIO WESTERN DIVISION

3:22 CV 1482

FILED
AUG 17 2022
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
TOLEDO

JUDGE JAMES G. CARR
MAG JUDGE CLAY

| | | |
|---|---|---|
| Alfred Johnson Sr. | : | 42 U.S.C. 1983 |
| Plaintiff, | : | Civil Lawsuit |
| | : | 1985(3) |
| -v- | : | 1988 |
| MANAGEMENT TRAINING CORPORATION | : | OHIO CORUPT |
| State of ohio in re, | : | PRACTICES ACT; |
| Ohio Department of Rehabilitations and Corrections | : | DISCRIMINATION |
| James Craig; Deputy Warden | : | RACIAL PROFILING |
| Anita Edmonstone; Case Manager | : | AND TARGETING; |
| Stephen Bright; Sgt. | : | JURY DEMAND; |
| L. Jones; Unit Manager | : | ADA violations; |
| Defendant(s), Tom Watson, Warden, c/o housework | : | Retaliation; |

On 5-19-22 I Alfred a. Johnson SR. heard a disciplinary ticket by Sgt. Bright in his office .I ask to have my ticket heard by a more experienced ranking. He had made several bad decisions before on placement in the block and waking me up touching my leg for a urine test. On this day I asked this Sgt. for a review of the camera , to show impeaching exculpatory evidence .I was denied, I explained that the ticket did not show a violation to constitute a sanction and it being my first. He gave me 30 days commissary restriction without me abusing the right to commissary see rule 5120-9-08[l-7],my first sanction and also 30 day food box restriction. Sgt. Bright violated my rights to due process rights when he did not allow exculpatory evidence review under 5120-9-08[h].It continued when he did not honor my request to send it to R.I.B. and also when he heard my ticket on 5-19-22,sanction was for 30 days, he did take away my rights to appeal. He started it on 5-25-22 , he did not have any reason for delay as in Barker v. Wingo.

My sanction ends on 6-25-22, when R.I.B. hears a ticket one is credited for pre-detention time served and they asses time accordingly. They never start a sanction days after hearing the ticket. They are the same function in disciplinary sanctions. He caused me to miss out on commissary on 6-21-22, he did cause intentional emotional distress, he was negligent in his duties. He did violate 5120-9-07, without having a prior sanction to justify delay there is a true violation of due process. In constrast r.i.b. they can review video footage with this I could of proved my innocence. Anita Edmonstone is a white female, and Sgt. Grey is a black man and

was acting as a unit manager also. Sgt. Bright did target me and racial profile me to hurt me and my mind and body. He did conspire with Anita Edmonstone to do this. Sgt . Grey and myself did confer on the situation when it happened there was nothing made of the situation until she contacted Sgt . Bright.

He did honor her feelings and his own because the ticket clearly does not show allegations. He became bias and prejudice in his decision, I Also have a habeas corpus in the courts. I am a totally innocent person and I asserted my rights to the warden Tom Watson and some staff members are in retaliation. The 1st amendment and the 14th amendment and equel protection, 5th amendment are violated. When I asked ms. Edmonstone for her to retrieve my records, she said they don't do that. This is part of odrc and due process is allowed throughout the prison system. For her to tell me they do not participate in helping inmates apply their due process rights, will be infringing on my rights. It is clarified by her in the body of the ticket, see ODRC policies. Public records are free and accessable to everyone I don't have family and friends. Sgt. Bright and ms. Edmonstone are directly involved for racial profiling and conspiracy, also targeting .

Deputy warden James Craig, are guilty of failure to train and supervise these workers. And L. Jones unit manager are indirect. I asked ms. L. Jones , to fix the problem she has the power and ability to do just that .she stated you just got to wait till the 25th of June, when it clearly showed by the date that my time was up for sanction. The main focole point of this motion is, the state entities purposely conspired against me to hurt me and take away my equal liberty to live. I am a totally innocent person, this is one of the reasons for the targeting. Case managers, are exactly what the title states she manages all inmate cases. Furthermore, she states I said your nothing; is wrong. I am a paralegal and I explained my degree is better than yours, this is after she said I have been here for 12yrs. I just enlightened her on my legal experience. She left out the statement that triggered my response, she just felt like nothing.  They did deprive me of the opportunity to have soap , toothpaste, toiletries. Also my food, I am allergic to some state foods. They did deprive me of phone time, links time to use for my tablet for outside communications. They did purposely discriminate against me. There is no disrespect to charge on this ticket, its either a fact or opinion; or it is both. But it is not disrespect I never said it. The facts of of this case are undisputable, there is clear and convincing evidence. Cause of these deprivations of my constitutional rights, the effect is my intentional emotion distress; and prejudicies.

Sgt. Bright is also white, for the record. I am suing for intentional emotional distress, negligent of duties, failure to train and supervise, discrimination, fiduciary duties, aid and abetting, I am requesting compensation and punitive damages in this lawsuit. They did violate 5120-9-08 [l-8] [h] [d] [l7] and did also violate 5120-9-07[g3] [d] [e] [f5] [c] . In the body of the ticket she states the DW, which is deputy warden. His name is  James Craig , he is responsible for this action. They all were deliberately indifference in their actions ,that these individuals established. They were set for one goal, and that was to see me without to go hungry; and to disturb my mental

health. They did violate my ADA tittle 2, I have been on the mental health case load within the institution and in society. Again I am wrongfully incarcerated and you can see exhibit #3 for that. The habeas corpus was filed in the common pleas of Marion Ohio, IT IS STILL PENDING. With all these constitutional errors the courts shall see the depravations of policy and federal constitutional rights. On several occasions I did hear and several others, hear institutional radios call my name both male and females. We did hear my name ALFRED JOHNSON, HEY ALFRED! Being called, which did deprive me of sleeping and concentrating at all. See exhibits. They meant to mentally disturb me, c/o housework who is a white male, did delay me to medical when called; on 6-27-22. Told me to wait till chow called which isn't policy, I am on chronic care for blood pressure meds, which are on order; totally out of them. He does not know my medical needs. And for optometrist, please access medical records for n.c.c.i. and odrc. This is privately owned by MTC, and I have implemented them as the people who hired these individuals. Citing; Shorter v. ODRC p-#14-#18, Thaddeus-x v. Blatter.

I am suing for attorney fees and I am a paralegal, at 100$ a hour; 7hrs. a day for 30 days for 21,000$, I am suing for compensation and punitive damages. And all are sued in their individual capacities and title.

## CERTIFICATE OF SERVICE

I do hereby assert that a true and correct copy has been sent to

Warden Tom Watson, and all parties within on june 29,2022.

    p.o. box 1812 Marion, ohio 43301. And MANAGEMENT TRAINING CORPORATION

500 marketplace dr. ste.100 CENTERVILLE, UTAH. 84104.

Pro Se

respectfully submitted,

*Alfred A. Johnson*

*Rose M. West*

ROSE M WEST
Notary Public
State of Ohio
My Comm. Expires

ALFRED JOHNSON SR.

P.O. BOX 1812

MARION, OHIO

43301